

*The Law Offices of*
**O&D**
**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    **telephone:** 917.238.9332

July 11, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Karas,

    Deborah Colson and I are counsel for Mr. Jhoan Diaz-Feliz. We respectfully request to be retroactively bound by the terms of the revised proposed protective order (Doc. 61) instead of the current Protective Order (Doc. 50). We agree that the revised proposed protective order covers all discovery productions made to date.

    I have been advised by Assistant United States Attorney Jared Hoffman that the Government consents to this request.

Respectfully submitted,.

Esere J. Onaodowan, Esq.
Deborah Colson, Esq.
Attorneys for Jhoan Diaz-Feliz

Granted.
So Ordered.
7/11/24